**LAW OFFICES OF MARK R. SMITH, P.C.**
Mark R. Smith, Esq.
Nevada Bar No. 11872
6166 S. Sandhill Road, Suite 140
Las Vegas, Nevada 89120
Telephone: (702) 518-7625
Facsimile: (702) 475-6453
Email: mark@markrsmithlaw.com

**ALLEN LEGAL SERVICES, PLLC**
Eric S. Allen
Utah State Bar #13486 (*Pro Hac Vice*)
Scott S. Allen
Utah State Bar #13623 (*Pro Hac Vice*)
2091 Murray Holladay Road, Suite 21
Salt Lake City, UT, 84117
Telephone: (801) 930-1117
Facsimile: (866) 777-0742
Email: eric@allenlawyer.com
Email: scott@allenlawyer.com

*Attorneys for Defendant All American Auto Protection, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
**************************

| | |
|---|---|
| CHARLES A. JONES, on behalf of himself and all similarly situated persons, | **CASE NO.:** 3:14-CV-00199-LRH-WGC |
| Plaintiff(s), | **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT** |
| vs. | |
| ALL AMERICAN AUTO PROTECTION, INC., | Judge: Larry R. Hicks<br>Magistrate Judge: William G. Cobb |
| Defendants. | |

COMES NOW, Defendant ALL AMERICAN AUTO PROTECTION, INC.; ERIC S. ALLEN, ESQ. and SCOTT S. ALLEN, ESQ., of ALLEN LEGAL SERVICES, PLLC and MARK R. SMITH, ESQ., of the LAW OFFICES OF MARK R. SMITH, P.C., and hereby move this Court

for an order allowing withdrawal of the above-named counsel as the counsel of record for Defendant ALL AMERICAN AUTO PROTECTION, INC. in this matter.

This Motion is made and based upon and supported by the following Memorandum of Points and Authorities, the pleadings and papers on file, the Declarations attached hereto, and any argument that the Court may allow at the time of the hearing.

DATED this 20th day of October, 2014.

**LAW OFFICES OF MARK R. SMITH, P.C.**

By: /s/ *Mark R. Smith, Esq.*
Mark R. Smith, Esq.
Nevada Bar No. 11872
6166 S. Sandhill Road, Suite 140
Las Vegas, Nevada 89120
Telephone: (702) 518-7625
Facsimile:  (702) 475-6453
Email: mark@markrsmithlaw.com
*Attorneys for Defendant*

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.    STATEMENT OF FACTS**

In or around June, 2014, Eric S. Allen, Esq., and Scott S. Allen, Esq., of Allen Legal Services and Mark R. Smith, Esq., were retained by Defendant All American Auto Protection, Inc., to represent it in this action. Messrs. Allen were permitted to serve as *pro hac vice* counsel and Mr. Smith has served as local counsel.  In recent days, Defendant All American Auto Protection, Inc., has advised counsel that it desires to terminate all counsels' representation in this matter.  Accordingly, Allen Legal Services and the Law Offices of Mark R. Smith, P.C. can no longer effectively represent the defendant in this action and now hereby move this Court for leave to withdraw as counsel of record for Defendant All American Auto Protection, Inc. in this litigation.

**II.    ARGUMENT**

Local Rule IA 10-6 allows a Court to consider withdrawal of an attorney with leave of Court after notice to the client and opposing counsel.  As declared above, this request is

jointly made at the request of the Defendant All American Auto Protection, Inc. and its counsel of record, Eric S. Allen, Esq. and Scott S. Allen, Esq., of Allen Legal Services, PLLC and Mark R. Smith, Esq., of the Law Offices of Mark R. Smith, P.C.  This request further complies with Nevada Rule of Professional Conduct 1.16 because "[w]ithdrawal can be accomplished without material adverse effect on the interests of the client".

Certain irreconcilable differences regarding the scope and retention of counsel's legal services have arisen between Defendant and its counsel and Defendant now desires to terminate its relationship with the above-named counsel with respect to legal representation in this matter. Accordingly, Defendant ALL AMERICAN AUTO PROTECTION, INC. and its counsel respectfully request leave for counsel to withdraw from this action. Defendant ALL AMERICAN AUTO PROTECTION, INC. has been advised by counsel, and so understands, that it will be required to retain new counsel in order to proceed in its defense of Plaintiff's Complaint.

### III. CONCLUSION

Based on the foregoing, and more particularly because Defendant All American Auto Protection, Inc. no longer desires to be represented by its current counsel, Defendant All American Auto Protection, Inc.; Eric S. Allen, Esq. and Scott S. Allen, Esq., of Allen Legal Services, PLLC; and Mark R. Smith, Esq., of the Law Offices of Mark R. Smith, P.C, request that leave of this Court be granted for counsel to withdraw as Defendant's counsel of record.

DATED this 20th day of October, 2014.

                **LAW OFFICES OF MARK R. SMITH, P.C.**

By:   /s/ *Mark R. Smith, Esq.*
       Mark R. Smith, Esq.
       Nevada Bar No. 11872
       6166 S. Sandhill Road, Suite 140
       Las Vegas, Nevada 89120
       Telephone: (702) 518-7625
       Facsimile:  (702) 475-6453
       Email: mark@markrsmithlaw.com
       *Attorneys for Defendant*

## DECLARATION OF MARK R. SMITH, ESQ.

MARK R. SMITH, ESQ., being first duly sworn under the penalties of perjury makes the following Declaration and deposes and says:

1. That I am a duly licensed and practicing attorney in good standing in the State of Nevada since 2010; and that I am a principal of the Law Offices of Mark R. Smith, P.C., located at 6166 S. Sandhill Road, Suite 140, Las Vegas, NV 89120.

2. That in or around June 2014, I was asked by Allen Legal Services, PLLC to associate into this case as co-counsel and local counsel for Defendant All American Auto Protection, Inc.

3. That I have been informed and believe that Defendant All American Auto Protection, Inc. no longer desires to have me or the Law Offices off Mark R. Smith, P.C. continue to represent it in this matter.

4. That I have been informed and believe that Defendant All American Auto Protection, Inc. no longer desires to Eric S. Allen, Esq., Scott S. Allen, Esq., or Allen Legal Services, PLLC continue to represent it in this matter.

5. That I am further informed and believe that Defendant All American Auto Protection, Inc. has been advised and understands that it is required to retain new counsel to continue in its defense against Plaintiff's Complaint.

6. That based upon the foregoing, I request leave to withdraw as counsel of record for Defendant All American Auto Protection, Inc.

7. That to the best of this counsel's knowledge the address at which Defendant may be served with notice of further proceedings is as follows:

ALL AMERICAN AUTO PROTECTION, INC.
1785 E. Sahara Ave., Suite 490
Las Vegas, NV 89104

**I declare under penalty of perjury under the laws of the State of Nevada (NRS53.045 and 28 U.S.C. §1746), that the foregoing is true and correct.**

/s/ *Mark R. Smith, Esq.*_____
Mark R. Smith, Esq.

## DECLARATION OF ERIC S. ALLEN, ESQ.

ERIC S. ALLEN, ESQ., being first duly sworn under the penalties of perjury makes the following Declaration and deposes and says:

1. That I am a duly licensed and practicing attorney in good standing in the State of Utah admitted *pro hac vice* to practice in this matter before the Court; and that I am an attorney of Allen Legal Services, PLLC, located at 2091 Murray Holladay Road, Suite 21, Salt Lake City, UT, 84117.

2. That in or around June 2014, Allen Legal Services was retained as counsel for Defendant All American Auto Protection, Inc.

3. That I have been informed by Defendant All American Auto Protection, Inc. that it no longer desires to have Allen Legal Services or the Law Offices of Mark R. Smith, P.C. continue to represent it in this matter.

4. That I have informed Defendant All American Auto Protection, that it is required to retain new counsel to continue in its defense against Plaintiff's Complaint.

5. That based upon the foregoing, I request leave to withdraw as counsel of record for Defendant All American Auto Protection, Inc.

6. That to the best of this counsel's knowledge the address at which Defendant may be served with notice of further proceedings is as follows:

ALL AMERICAN AUTO PROTECTION, INC.
1785 E. Sahara Ave., Suite 490
Las Vegas, NV 89104

**I declare under penalty of perjury under the laws of the State of Nevada (NRS53.045 and 28 U.S.C. §1746), that the foregoing is true and correct.**

/s/ *Eric S. Allen, Esq.*
Eric S. Allen, Esq.

## DECLARATION OF SCOTT S. ALLEN, ESQ.

SCOTT S. ALLEN, ESQ., being first duly sworn under the penalties of perjury makes the following Declaration and deposes and says:

1. That I am a duly licensed and practicing attorney in good standing in the State of Utah admitted *pro hac vice* to practice in this matter before the Court; and that I am an attorney of Allen Legal Services, PLLC, located at 2091 Murray Holladay Road, Suite 21, Salt Lake City, UT, 84117.

2. That in or around June 2014, Allen Legal Services was retained as counsel for Defendant All American Auto Protection, Inc.

3. That I have been informed by Defendant All American Auto Protection, Inc. that it no longer desires to have Allen Legal Services or the Law Offices of Mark R. Smith, P.C. continue to represent it in this matter.

4. That I have informed Defendant All American Auto Protection, that it is required to retain new counsel to continue in its defense against Plaintiff's Complaint.

5. That based upon the foregoing, I request leave to withdraw as counsel of record for Defendant All American Auto Protection, Inc.

6. That to the best of this counsel's knowledge the address at which Defendant may be served with notice of further proceedings is as follows:

ALL AMERICAN AUTO PROTECTION, INC.
1785 E. Sahara Ave., Suite 490
Las Vegas, NV 89104

**I declare under penalty of perjury under the laws of the State of Nevada (NRS53.045 and 28 U.S.C. §1746), that the foregoing is true and correct.**

/s/ *Scott S. Allen, Esq.*
Scott S. Allen, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of October, 2014, I caused a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT** to be electronically served upon and/or mailed to the following:

ALL AMERICAN AUTO PROTECTION, INC.
1785 E. Sahara Ave., Suite 490
Las Vegas, NV 89104

Peter D Durney
DURNEY & BRENNAN, LTD.
6900 S McCarran Blvd., Ste. 2060
Reno, NV 89509

Matthew Righetti
Michael C Righetti
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
*Attorneys for Plaintiff*

/s/___Mark R. Smith, Esq._____
On behalf of: Law Offices of Mark R. Smith, Esq.