UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES A. JONES,<br><br>      Plaintiff,<br><br>v.<br><br>ALL AMERICAN AUTO PROTECTION, INC.; et al.,<br><br>      Defendants. | 3:14-CV-0199-LRH-WGC<br><br>ORDER |

Before the court is defendant All American Auto Protection, Inc.'s ("AAA") motion to dismiss plaintiff Charles A. Jones' ("Jones") complaint (Doc. #1[1]). Doc. #27.

However, after the filing of AAA's motion, plaintiff Jones filed an amended complaint. Doc. #58. The filing of the amended complaint supersedes the original complaint in its entirety. Accordingly, AAA's motion to dismiss the complaint is now moot. Therefore, the court shall deny the motion to dismiss without prejudice to allow AAA an opportunity to respond to the amended complaint.

IT IS THEREFORE ORDERED that defendant's motion to dismiss (Doc. #27) is DENIED without prejudice.

IT IS SO ORDERED.

DATED this 16th day of January, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to the court's docket entry number.