UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES A. JONES and JOSH WATSON, on behalf of themselves and all similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>ALL AMERICAN AUTO PROTECTION, INC., ROYAL ADMINISTRATION SERVICES, INC., HAROUT PAMBUCKCHYAN, RAFFI SADEJYAN and JASON GARCIA<br><br>Defendants. | Case No.: 3:14-cv-00199-LRH-WGC<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)**<br><br>**AND ORDER THEREON** |

It is hereby stipulated by and between Plaintiffs, CHARLES A. JONES and JOSH WATSON, and Defendant ROYAL ADMINISTRATION SERVICES, INC., through their respective counsel, that the date by which Defendant must file and serve its reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment (ECF No. 92) be extended from August 24, 2015 to September 7, 2015.

///

This is the first request sought by the parties on Defendant's Motion for Summary Judgment.

DATED this 24th day of August, 2015

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

_____
RICHARD I. DREITZER, ESQ.
Nevada Bar No. 6626
AMANDA I. IRELAND
Nevada Bar No. 13155
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for ROYAL ADMINISTRATION SERVICES, INC.*

DATED this 24 day of August, 2015

**RIGHETTI GLUGOSKI, P.C.**

_____
Matthew Righetti
456 Montgomery St., Ste. 1400
San Francisco, CA 94104

Peter D. Durney, Esq.
Nevada Bar No. 57
DURNEY & BRENNAN, LTD.
190 W. Huffaker Ln., Ste. 406
Reno, NV 89511
*Attorneys for Plaintiffs*

### ORDER

Upon stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the Defendants must file and serve its reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment on or before September 7, 2015.

IT IS SO ORDERED.

DATED this 25th day of August, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE