AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****      DISTRICT OF    NEVADA

CHARLES A. JONES and JOSH WATSON,
on behalf of themselves and all similarly
situated persons

         Plaintiffs,          JUDGMENT IN A CIVIL CASE
   V.

                              CASE NUMBER: **3:14-cv-00199-LRH-WGC**

ALL AMERICAN AUTO PROTECTION,
INC.; ROYAL ADMINISTRATION
SERVICES, INC.; HAROUT
PAMBUCKCHYAN; RAFFI SADEJAN;
and JASON GARCIA

         Defendants.

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that Royal Administration Services' Motion for Summary Judgment (#89) is GRANTED. Judgment is hereby entered in favor of Royal and against Plaintiffs.


   November 24, 2015                                **LANCE S. WILSON**
                                                                            Clerk

                                                                    /s/ D. R. Morgan
                                                                       Deputy Clerk