UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 12 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHARLES A. JONES and JOSH WATSON, on behalf of themselves and all similarly situated persons,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>ROYAL ADMINISTRATION SERVICES, INC.,<br><br>        Defendant - Appellee,<br><br> and<br><br>ALL AMERICAN AUTO PROTECTION, INC.; et al.,<br><br>        Defendants. | No. 15-17328<br><br>D.C. No. 3:14-cv-00199-LRH-WGC<br>U.S. District Court for Nevada, Reno<br><br>**MANDATE** |

    The judgment of this Court, entered August 09, 2017, and amended April 04, 2018, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Howard Hom
Deputy Clerk
Ninth Circuit Rule 27-7