UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CHARLES A. JONES,

    Plaintiff,

v.

ALL AMERICAN AUTO PROTECTION, INC.; *et al.*,

    Defendants.

Case No. 3:14-cv-0199-LRH-WGC

ORDER

    This is an order granting plaintiff Charles A. Jones ("Jones") leave to seek default judgment against defendants All American Auto Protection, Inc. ("AAAP"); Harout Pambuckchyan; Raffi Sadejyan; and Jason Garcia.

    On September 9, 2015, the court adopted and accepted the Magistrate Judge's January 8, 2015 report and recommendation striking AAAP's answer (ECF No. 55). ECF No. 99. As part of that order, the court also ordered defendants to show cause within twenty (20) days as to why judgment should not be entered against them for failure to respond to Jones' amended complaint. *Id*. The twenty-day time period has run and defendants have failed to comply with the court's order or otherwise participate in this action since that time. Further, clerk's entry of default has already been entered against these defendants. *See* ECF Nos. 75, 76, 82. Therefore, the court shall grant Jones leave to prepare an appropriate judgment against these defendants and submit the same for signature.

///

IT IS THEREFORE ORDERED that plaintiff Charles A. Jones shall have ten (10) days from entry of this order to prepare an appropriate judgment against defendants All American Auto Protection, Inc.; Harout Pambuckchyan; Raffi Sadejyan; and Jason Garcia; and submit the same for signature.

IT IS SO ORDERED.

DATED this 8th day of May, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE