AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| CHARLES A. JONES and JOSH WATSON<br>*Plaintiff*<br>v.<br>ALL AMERICAN AUTO PROTECTION, INC., et al.,<br>*Defendant* | )<br>)<br>)  Civil Action No. 3:14-cv-0199-LRH-WGC<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* CHARLES A. JONES* and JOSH WATSON** recover from the defendant *(name)* All American Auto Protection, Inc., Harout Pambuckchyan, Raffi Sadejyan, and Jason Garcia the amount of TWELVE THOUSAND dollars ($ 12,000.00 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:  *for Plaintiff Charles A. Jones, in the amount of $6,000.00 (4 calls x $1,500)
** for Plaintiff Josh Watson, in the amount of $6,000.00 (4 calls x $1,500)
See, 47 U.S.C. Section 227(b)(3).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Larry Hicks on a motion for Entry of Default and Default Judgment.

Date: _____          *CLERK OF COURT*

          _____
          *Signature of Clerk or Deputy Clerk*