UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

CHARLES A. JONES and JOSH WATSON,

Plaintiffs,

v.

ALL AMERICAN AUTO PROTECTION INC.; *et al.*,

Defendants.

Case No. 3:14-cv-0199-LRH-WGC

ORDER

Before the court is plaintiffs Charles A. Jones ("Jones") and Josh Watson's ("Watson") request for judgment (ECF No. 125) filed in response to the court's May 8, 2018 order (ECF No. 124). The court has reviewed plaintiffs' request and finds, in light of defendants' default, good cause exists to enter the requested judgment.

In their amended complaint, plaintiffs allege that they were both separately contacted at least four (4) times by defendants in violation of the Telephone Consumer Protect Act ("TCPA"), 47 U.S.C. §§ 227 and 64.1200. *See* ECF No. 58. Plaintiffs further allege that defendants acted willfully in making the telephone calls and in violating the TCPA. *Id*. The TCPA provides for statutory damages in the amount of $500.00 for each violation of the act, or treble damages in the amount of $1500.00 per violation if that violation was willful. *See* 47 U.S.C. § 227(b)(3).

Based on defendants' default and failure to participate in this action and the court's prior orders, the court shall grant plaintiffs' motion and enter judgment against defendants for the four

1

separate violations of the TCPA as alleged in the amended complaint. Further, the court finds that based on the allegations in the amended complaint, defendants' conduct was willful and thus, plaintiffs are entitled to treble statutory damages for each separate violation.

IT IS THEREFORE ORDERED that plaintiffs' request for judgment (ECF No. 125) is GRANTED. The clerk of court is directed to enter judgment in favor of plaintiff Charles A. Jones against defendants All American Auto Protection Inc., Harout Pambuckchyan, Raffi Sadejyan, and Jason Garcia in the amount of $6000.00; and in favor of plaintiff Josh Watson against defendants All American Auto Protection Inc., Harout Pambuckchyan, Raffi Sadejyan, and Jason Garcia in the amount of $6000.00.

IT IS SO ORDERED.

DATED this 12th day of July, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE