AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

CHARLES A. JONES and JOSH WATSON,

        Plaintiff,

v.

ALL AMERICAN AUTO PROTECTION, INC., et al.

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 3:14-cv-0199-LRH-WGC

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiffs' request for judgment (ECF No. 125) is GRANTED.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is hereby entered in favor of plaintiff Charles A. Jones against defendants All American Auto Protection Inc., Harout Pambuckchyan, Raffi Sadejyan, and Jason Garcia in the amount of $6,000.00.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is hereby entered in favor of plaintiff Josh Watson against defendants All American Auto Protection Inc., Harout Pambuckchyan, Raffi Sadejyan, and Jason Garcia in the amount of $6,000.00.

Date: July 12, 2018

DEBRA K. KEMPI
Clerk



/s/K. Walker
Deputy Clerk